**Opinion issued May 25, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-23-00112-CR**

_____

**LACEDRIC BANKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 184th District Court**
**Harris County, Texas**
**Trial Court Case No. 1745911**

## MEMORANDUM OPINION

On February 24, 2023, appellant Lacedric Banks filed a notice of appeal stating his desire to appeal the denial of his pretrial application for a writ of habeas corpus challenging the constitutionality of the statute being used to prosecute appellant. On February 27, 2023, the charges in the underlying case against appellant

were dismissed. Appellant subsequently filed a Suggestion of Mootness asserting that the dismissal of the underlying charges renders his habeas claim moot and our Court thus lacks jurisdiction over the appeal. *See Ex parte Bailey*, No. 14-20-00837-CR, 2021 WL 2546163, at *1 (Tex. App.— Houston [14th Dist.] June 22, 2021, no pet.) (mem. op, not designated for publication). We agree. Accordingly, we dismiss the appeal for want of jurisdiction.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Rivas-Molloy.

Do not publish. TEX. R. APP. P. 47.2(b).